**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

DEC 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8 Mortgage Pass-Through Certificates, Series 2006-HE8,<br><br>    Plaintiff-counter-defendant-Appellee,<br><br>  v.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>    Defendant-counter-claimant-cross-claimant-Appellant. | No. 18-15326<br><br>D.C. No. 2:17-cv-00259-GMN-NJK<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Gloria M. Navarro, District Judge, Presiding

Submitted December 10, 2019[**]
Pasadena, California

Before: BEA, COLLINS, and BRESS, Circuit Judges.

SFR Investments Pool 1, LLC ("SFR") appeals the district court's grant of

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

summary judgment against it and in favor of Deutsche Bank National Trust

Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE8

Mortgage Pass-Through Certificates, Series 2006-HE8 ("Deutsche Bank").

Reviewing de novo, *Berezovsky v. Moniz*, 869 F.3d 923, 927 (9th Cir. 2017), we

reverse.

The district court granted summary judgment to Deutsche Bank solely on the

ground that, under *Bourne Valley Court Trust v. Wells Fargo Bank, NA*, 832 F.3d

1154 (9th Cir. 2016), the homeowners' association ("HOA") "foreclosed under a

facially unconstitutional notice scheme." The Ninth Circuit recently held that

Nevada's HOA foreclosure scheme is not facially unconstitutional, because our

decision in *Bourne Valley* was based on a construction of Nevada law that the

Nevada Supreme Court has since made clear was erroneous. *See Bank of Am.,*

*N.A. v. Arlington W. Twilight Homeowners Ass'n*, 920 F.3d 620, 623–24 (9th Cir.

2019) ("*Arlington West*") (recognizing that *Bourne Valley* "no longer controls the

analysis" in light of *SFR Investments Pool 1, LLC v. Bank of New York Mellon*,

422 P.3d 1248 (Nev. 2018) ("*Star Hill*")).[1]

The judgment in favor of Deutsche Bank against SFR is **REVERSED**. In

addition, the district court's dismissal with prejudice of SFR's crossclaims is

**REVERSED**. The case is **REMANDED** for further proceedings consistent with

[1] Neither *Arlington West* nor *Star Hill* is an advisory opinion.

2

this memorandum disposition.  The parties shall bear their own costs on appeal.